## Shearer, Appellant, *v.* Shearer.

Before WEISS, J., without a jury.

Argued November 13, 1968. *Walter A. Koegler*, with him *Raymond R. Goehring, Jr.*, and *Goehring, Martin, Rutter & Boehm*, for appellant; *John A. Metz, Jr.*, with him *David Friedman*, and *Metz, Cook, Hanna & Kelly*, and *Friedman & Friedman*, for appellee.

Decree affirmed.
SPAULDING, J., dissented.

## Smith et ux., Appellants, *v.* Atkinson.

Before McCLANAGHAN, J.

Argued December 9, 1968. *Albert Ring*, with him *Don F. D'Agui*, and *D'Agui & Del Collo*, for appellants; *Daniel T. McWilliams*, with him *Donald J. P. Sweeney*, and *Cole, McEldrew, Hanamirian & McWilliams*, for appellee.

Order affirmed.